## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Brian T. Shutt, a Task Force Officer with the Drug Enforcement Administration ("DEA"), being duly sworn, states as follows:

1. I have been a sworn police officer with the Baltimore City Police Department ("BPD") since June 20, 2002, currently assigned to the High Intensity Drug Trafficking Area ("HIDTA") DEA, Group 52, Heroin Task Force. I was a sworn Deputy Sheriff with the Cecil County Sheriff's Office from June 1999 through June 2002. I have completed two separate six-month basic Police Academies that included classes pertaining to Controlled Dangerous Substances ("CDS"). I have also attended more than ten advanced investigative courses, including a five-day HIDTA Title III training course.

2. I have personally conducted and participated in numerous investigations involving criminal activity including, but not limited to, CDS offenses, violent crime, financial crimes, and firearms violations. I have made or participated in the arrest of over 800 persons for CDS, violent crime, and/or firearms violations and have authored and/or executed more than 300 search and seizure warrants relating to CDS, violent crime, and/or firearms violations. I have been involved in, and authored more than ten affidavits in support of the interception of wire and electronic communications in both the Circuit Court for Baltimore City and the United States District Court of Maryland. During the course of these wiretap investigations, I have listened to numerous intercepted phone calls between individuals involved in narcotics conspiracies. I have participated in numerous debriefings of narcotic traffickers, confidential informants, and sources of information. I have participated in controlled CDS purchases. I have participated in several covert undercover operations that have resulted in large seizures of CDS, weapons, vehicles, currency and other proceeds. I have a working knowledge of drug language and terminology commonly

used on a daily basis by Baltimore area drug dealers. I received training in the identification of firearms, characteristics of armed subjects, traffic enforcement techniques, and methods of firearm interdiction. I have been an expert witness in narcotics trafficking in the United States District Court for the District of Maryland, the District Court of Maryland for Baltimore City and Cecil County, as well as the Circuit Courts for Baltimore City and Cecil County.

3. I submit this affidavit for the limited purpose of establishing probable cause to support the issuance of a Criminal Complaint charging Michael **WILLIAMS** with the offense of Possession with Intent to Distribute a Controlled Substance, in violation of 21 U.S.C. § 841.

4. Because I submit this affidavit for the limited purpose of establishing probable cause to support the issuance of a Criminal Complaint, it only contains a summary of relevant facts. I have not included each and every fact known to me concerning the entities, individuals, and the events described in this affidavit.

5. During 2019, the Drug Enforcement Administration ("DEA") intercepted wire and/or electronic communications of a co-conspirator of Michael **WILLIAMS**. On several occasions, investigators intercepted conversations between **WILLIAMS** and the co-conspirator discussing drug trafficking. For example, on May 5, 2019, at approximately 10:10 p.m., **WILLIAMS** received a phone call between the co-conspirator. During the call, the co-conspirator said, "Hey, yo, come out real front real fast. And bring me um, like uh, thirty dollars' worth of 'girl.'" **WILLIAMS** replied, "Alright." I know that the term "girl" is a common street term for cocaine. Based on the context of the call, I believe that the co-conspirator asked **WILLIAMS** to retrieve $30 in cocaine from a storage location and bring it outside the location. **WILLIAMS** then agreed to do so.

6. Investigators subsequently identified 4002 Fairfax Road, Baltimore, Maryland as a storage location used by **WILLIAMS** and other co-conspirators to store suspected narcotics. On July 15, 2019, the Honorable A. David Copperthite, United States Magistrate Judge for the District of Maryland, issued a search warrant for 4002 Fairfax Road, Baltimore, Maryland. On July 17, 2019, members of the DEA executed the search warrant. Investigators encountered **WILLIAMS** alone in a basement room of the residence, lying on a couch. Behind that couch, investigators recovered empty gel capsules and other packaging material commonly used to package narcotics for distribution. In the same room, investigators also recovered multiple cellular telephones. A DEA Special Agent called the identified number for **WILLIAMS** based on wiretap interceptions and confirmed that one of the phones in the room was the same phone.

7. In another room in the basement, investigators recovered multiple gel capsules containing suspected heroin and multiple baggies containing suspected cocaine base. The baggies of suspected cocaine base where packaged in different sizes that appeared to be in the common sizes sold at the street level. I believe that the substances containing cocaine base weigh at least 28 grams or more. I believe the above-described substances contain controlled substances based on my professional training and experience, the packaging of the substances, and from prior seizures of narcotics in this investigation. In those prior seizures where laboratory testing has been completed, testing confirmed that suspected narcotics seized in the investigation were, in fact, controlled substances. Based on the quantity of suspected narcotics seized, their packaging, and the overall investigation, I believe **WILLIAMS** possessed the drugs with the intent to distribute them.

8. Based on the foregoing facts, I believe probable cause exists to support the issuance of a Criminal Complaint charging Possession with Intent to Distribute a Controlled Substance, in violation of 21 U.S.C. § 841.

_____
Task Force Officer Brian T. Shutt
Drug Enforcement Administration


Subscribed and sworn to before me this on July __17th__, 2019

_____
The Hon. A. David Copperthite
United States Magistrate Judge
District of Maryland